

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00055-CR

STEPHANIE RENEE NOLEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 2nd District Court
Cherokee County, Texas
Trial Court No. 17159

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Stephanie Renee Nolen, appellant, has filed with this Court a motion to dismiss her appeal out of Cherokee County.[1] The motion was signed by both Nolen and her counsel in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     April 8, 2013
Date Decided:       April 9, 2013

Do Not Publish

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.